**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | No. CV-06-3121-PHX-SRB |
| ) | |
| Petitioner, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Sue Taylor, ) | |
| ) | |
| Respondent. ) | |
| ) | |

      This matter arises on Respondent's "Motion for Response." (docket # 49[1]) Respondent seeks information regarding the "charge" against her and the court's jurisdiction. The motion consists of twelve numbered paragraphs each containing one or more questions to which Respondent seeks an answer from the Court. For example, Respondent asks, "Was the Internal Revenue Service ("IRS") created by Congress pursuant to Art. I. § 8 (18) of the Constitution of the United States or did the Secretary of the Treasury create it pursuant to statutory authority?" (docket # 34 ¶ 2)  Respondent poses several other questions regarding the authority of the IRS to collect taxes. (docket # 34 ¶¶ 1, 2, 3, 11)  Respondent's other questions pertain to the Constitutional provisions and federal statutes which established the Federal Courts and provide for the appointment of District Judges and Magistrate Judges. (docket # 34 ¶¶ 4-10, 12)

---

    [1] This motion is also docketed as # 34 in MC-06-063-PHX-SRB.

1     Respondent's pleading is not a proper motion. Rather, the pleading is in the nature of interrogatories seeking answers to various questions from the Court. Federal Rule of Civil Procedure 33(a) provides that "any party may serve upon any other party written interrogatories . . . ." The Court is not a party to this action. Accordingly, Respondent's interrogatories are improper. Moreover, Respondent could obtain the answers to her questions by reviewing the statutes and constitutional provisions to which she refers in her pleading.

    Accordingly,

    IT IS HEREBY ORDERED that Respondent's "Motion for Response" (docket # 49 in CV-06-3121-PHX-SRB, also docketed as # 34 in MC-06-063-PHX-SRB.) is **DENIED**.

    DATED this 1st day of March, 2007.

    */s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge